142 So. 440

## DECATUR FINANCE CO. v. O. L. NEWSOM.

### 8 Div. 418.

Supreme Court of Alabama.

June 2, 1932.

■

Seybourn H. Lynne, of Decatur, for petitioner.

Melvin Hutson, of Decatur, opposed.

BOULDIN, J.

Petition of O. L. Newsom for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Decatur Finance Co. v. Newsom, 142 So. 438.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.